1  BENJAMIN B. WAGNER
   United States Attorney
2  JASON HITT
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2751



FILED

MAR 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

**SEALED**

7           IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,       )  Case No. 2:11-CR-0119 LKK
                                    )
11                 Plaintiff,       )
                                    )  ORDER SEALING INDICTMENT
12       v.                         )
                                    )  **UNDER SEAL**
13  ROBERT HANRAHAN, aka "Bubba,"   )
    JUAN GALLEGOS, aka "Wino,"      )  [Fed. R. Crim. P. 6(e)(4)]
14  CAROLYN HUERTA,                 )
    JORGE SANDOVAL, aka "G,"        )
15  DANNY PEREDA, aka "T-Mighty,"   )
    and                             )
16  REBECCA GUZMAN, aka "LG,"       )
                                    )
17                 Defendants.      )
    _____)

19       The Court hereby orders that the Indictment, the Petition of
20  Assistant U.S. Attorney Jason Hitt to seal the Indictment, and
21  this Order, in the above-referenced case shall be SEALED until
22  further order of the Court.

24  DATED:
25    3-10-2011

26                                  _____
27                                  HONORABLE EDMUND F. BRENNAN
                                    United States Magistrate Judge