FILED

MAR 24 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        )   Case No. 2:11-cr-0119 LKK
                                     )
12 |               Plaintiff,        )
                                     )   ORDER UNSEALING INDICTMENT
13 |      v.                         )
                                     )
14 | ROBERT HANRAHAN, aka "Bubba,"   )   [Fed. R. Crim. P. 6(e)(4)]
     JUAN GALLEGOS, aka "Wino,"      )
15 | CAROLYN HUERTA,                 )
     JORGE SANDOVAL, aka "G,"        )
16 | DANNY PEREDA, aka "T-Mighty,"   )
     and                            )
17 | REBECCA GUZMAN, aka "LG,"       )
                                     )
18 |               Defendants.       )
     _____ )
19

20       For the reasons set forth in the government's Motion to

21 | Unseal Indictment, the Court hereby orders that the Indictment in

22 | United States v. Hanrahan, et al., Case No. 2:11-cr-0119 LKK, be

23 | **UNSEALED**.

24

25

26 | DATED: March 24, 2011          GREGORY G. HOLLOWS
                                     _____
27                                   GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE
28