BENJAMIN B. WAGNER
United States Attorney
JASON HITT
WILLIAM S. WONG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-0119 WBS |
| Plaintiff, | STIPULATION AND ORDER RESETTING BRIEFING AND EXCLUDING TIME |
| v. | |
| REBECCA GUZMAN, et al., | |
| Defendants. | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorneys Jason Hitt and William S. Wong, and defendant Rebecca GUZMAN, by and through his counsel, Kirk McAllister, Esq., stipulate and agree that the briefing schedule for defendant's motion

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

for a bill of particulars should be reset according to the following schedule:

| | | |
|---|---|---|
| | Government's Opp.: | December 5, 2011 |
| | Defendant's Reply: | December 12, 2011 |
| | Hearing on Motion: | December 16, 2011, at 2:00 p.m. |

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED:  November 30, 2011         By: /s/Jason Hitt
                                        JASON HITT
                                          WILLIAM S. WONG
                                          Assistant U.S. Attorneys

DATED:  November 30, 2011         By: /s/Jason Hitt
                                          Authorized to sign for Mr.
                                          McAllister on 11-29-11
                                          KIRK McALLISTER, Esq.
                                          Attorney for Rebecca GUZMAN

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. Based upon the representation and stipulation of counsel, the Court adopts the revised briefing schedule on defendant's motion to suppress and hearing date as follows:

<u>Government's Opp.</u>:     December 5, 2011

<u>Defendant's Reply</u>:     December 12, 2011

<u>Hearing on Motion</u>:     December 16, 2011, at 2:00 p.m.

IT IS SO ORDERED.

DATED: November 30, 2011

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE