1  Kirk W. McAllister, State Bar No. 47324
   McALLISTER & McALLISTER, INC.
2  A Professional Law Corporation
   1012 - 11th Street, Suite 100
3  Modesto, CA  95354
   Tel: (209) 575-4844
4

5  Attorney for Defendant
   REBECCA GUZMAN
6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        :   Case No.:   2:11-cr-00119 WBS
                                    :
11              Plaintiff,          :   **STIPULATION AND [PROPOSED]**
                                    :   **ORDER CONTINUING MOTION OF**
12         vs.                      :   **BILL OF PARTICULARS**
                                    :
13 REBECCA GUZMAN,                  :
                                    :   Judge: Hon. Kendall J. Newman
14                                  :
              Defendant.            :
15 _____  :

16

17         IT IS HEREBY STIPULATED by and between JASON HITT and WILLIAM S.

18 WONG, Assistant United States Attorneys, and KIRK W. McALLISTER, attorney for the

19 defendant REBECCA GUZMAN, that the motion for bill of particulars presently scheduled for

20 December 16, 2011 at 2:00 p.m. be vacated and rescheduled for February 15, 2012 at 2:00 p.m.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

-1-

McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA  95354

1         This continuance is requested to allow both the prosecution and defense time to discuss

2    a possible resolution of this matter.  In particular, the defendant is awaiting receipt of trial

3    transcripts from the related case.  After receipt and review of the transcripts, the defendant's

4    motion may be rendered moot and therefore a hearing on the motion would be unnecessary.

5

6                                          Respectfully submitted,

7

8                                           KIRK W. MCALLISTER
                                            Attorney for Defendant

9

10   Dated:  December 13, 2011           /s/  Kirk W. McAllister
                                            KIRK W. McALLISTER

11                                          Attorney for Defendant Rebecca Guzman

12

13                                          /s/  Kirk W. McAllister

14   Dated: December 13, 2011          Authorized to sign for Mr. Hitt on 12/13/11.
                                            JASON HITT

15                                          WILLIAM S. WONG
                                            Assistant U.S. Attorneys

16

17

18

19

20

21

22

23

24

25

26

27

28

McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA  95354

1

## <u>ORDER</u>

2

    IT IS SO ORDERED that the motion for bill of particulars set for December 16, 2011 at

3

2:00 p.m. be vacated and rescheduled for February 15, 2012 at 2:00 p.m.

4

5

Dated:  December 14, 2011

6

                    /s/ Kendall J. Newman_____

7

                    KENDALL J. NEWMAN
                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McALLISTER & McALLISTER, INC.
A Professional Law Corporation
1012 - 11th Street, Suite 100
Modesto, CA  95354