HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11-CR-119-06 WBS |
| ) | |
| Plaintiff, ) | **NOTICE OF NON-SUPPLEMENTATION OF DEFENDANT'S PRO SE MOTION;** |
| ) | **[PROPOSED] ORDER** |
| v. ) | |
| ) | |
| REBECCA GUZMAN, ) | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| ) | |
| Defendant. ) | Judge: Hon. WILLIAM B. SHUBB |

Pursuant to General Order 546, the Federal Defender's Office is appointed to represent Ms. Rebecca Guzman on a motion for sentence reduction under 18 U.S.C. § 3582(c)(2) and Amendment 782. Please take notice that the Office of the Federal Defender will not file a supplement to the defendant's pro se motion, filed on November 7, 2015 (CR #271), and the Federal Defender's Office hereby requests withdrawal as counsel in this matter.

Dated:  December 15, 2016

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*s/ Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

## **ORDER**

Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel Attorney, Erin Radekin, is hereby appointed effective, December 15, 2016 the date the Office of the Federal Defender first contacted him.

Dated: December 16, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Notice Regarding Non-supplementation

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the Federal Defender for the Eastern District of California and is a person of such age and discretion as to be competent to serve papers.

On December 15, 2016, she caused to be served a copy of the attached NOTICE OF NON-SUPPLEMENTATION OF DEFENDANT'S PRO SE MOTION by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States mail at Sacramento, California as follows:

Rebecca Christel Guzman
Register No. 15666-111
Hazelton FCI
Post Office Box 5000
Bruceton Mills, WV  26525

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of December, 2016.

/s/ Lisa M. Kennison
Lisa M. Kennison

Notice Regarding Non-supplementation