1   **ERIN J. RADEKIN**
    Attorney at Law – SBN 214964
2   1001 G Street, Suite 100
    Sacramento, California 95814
3   Telephone: (916) 504-3931
    Facsimile: (916) 447-2988
4
    Attorney for Defendant
5   REBECCA GUZMAN

6

7
                        **IN THE UNITED STATES DISTRICT COURT**
8
                       **FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10
    **UNITED STATES OF AMERICA,**           )       2:11-CR-00119-06 WBS
11                                           )
                            Plaintiff,       )
12                                           )       **STIPULATION AND**
    v.                                       )       **ORDER TO MODIFY BRIEFING**
13                                           )       **SCHEDULE**
                                             )
14  **REBECCA GUZMAN,**                      )
                                             )
15                          Defendant.       )
    _____ )
16

17        On November 7, 2016, Ms. Guzman filed her motion to reduce sentence

18  pursuant to 18 U.S.C. § 3582(c)(2).  CR 271.  The government filed its

19  opposition on December 13, 2016.  CR 275.  Pursuant to this Court's order

20  filed on November 10, 2016, the date due for the reply brief was January 4,

21  2017.  CR 272.  Ms. Radekin was appointed to represent Ms. Guzman on December

22  19, 2016.  CR 278.  Ms. Radekin needs additional time to obtain and review

23  the records to determine if she is going to file and then to prepare the

24  reply brief.

25        Accordingly, the parties stipulate and request that the date due for

26  the reply brief be modified to February 3, 2017.  Assistant United States

27  Attorney Jason Hitt has indicated he has no objection to the modification of

28

                STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 1

the reply brief due date and has authorized Ms. Radekin to sign this
stipulation on his behalf.

IT IS SO STIPULATED.

Dated: January 13, 2017                    PHILLIP A. TALBERT
                                           Acting United States Attorney

                                By:   /s/ Jason Hitt
                                      JASON HITT
                                      Assistant United States

Dated: January 13, 2017               /s/ Erin J. Radekin
                                      ERIN J. RADEKIN
                                      Attorney for Defendant
                                      REBECCA GUZMAN


                                   **ORDER**

     Pursuant to the unopposed request, and good cause appearing therefor,
it is hereby ordered that the date due for the reply brief to the
government's opposition to defendant's motion to reduce sentence pursuant to
§ 3582(c)(2) be modified to February 3, 2017.

Dated:  January 17, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE