**ERIN J. RADEKIN**
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
REBECCA GUZMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | 2:11-CR-00119-06 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO MODIFY BRIEFING** |
| | ) | **SCHEDULE** |
| | ) | |
| **REBECCA GUZMAN,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On November 7, 2016, Ms. Guzman filed her motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2). CR 271. The government filed its opposition on December 13, 2016. CR 275. Pursuant to this Court's order on January 18, 2017, the date due for the reply brief was February 3, 2017. CR 281.

Ms. Radekin needs additional time to obtain and review all relevant records to determine if she is going to file a reply brief, and then to prepare the reply brief.

Accordingly, the parties stipulate and request that the date due for the reply brief be modified to March 10, 2017. Assistant United States Attorney Jason Hitt has indicated he has no objection to the modification of

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 1

the reply brief due date and has authorized Ms. Radekin to sign this stipulation on his behalf.

IT IS SO STIPULATED.

Dated: February 8, 2017          PHILLIP A. TALBERT
                                 Acting United States Attorney

                            By:  /s/ Jason Hitt
                                 JASON HITT
                                 Assistant United States

Dated: February 8, 2017          /s/ Erin J. Radekin
                                 ERIN J. RADEKIN
                                 Attorney for Defendant
                                 REBECCA GUZMAN

**ORDER**

Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the date due for the reply brief to the government's opposition to defendant's motion to reduce sentence pursuant to § 3582(c)(2) be modified to March 10, 2017.

Dated:  February 9, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE - 2